IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:23-cv-00479-ACA |
| WAL-MART Inc., | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Nancy Brown and Defendant Wal-Mart Stores East, LP hereby stipulate to the dismissal with prejudice of the claims asserted in this action, with each party to bear his or its own costs, expenses and attorneys' fees. The parties respectfully request that the Court enter a final order of dismissal.

/s/ Jonathan S. Harbuck
Jonathan S. Harbuck

Attorney for Defendant
Wal-Mart Stores East, LP

**OF COUNSEL:**
**HARBUCK KEITH HUNT & PALMER LLC**
3500 Blue Lake Drive, Suite 440
Birmingham, Alabama 35243
Telephone: (205) 547-5540
Facsimile: (205) 547-5621
Email: jharbuck@hkh.law

/s/ Russell W. Adams
_____
Russell W. Adams

Attorney for Plaintiff Nancy Brown

**OF COUNSEL:**
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
The Kress Building
301-19th Street North
Birmingham, Alabama 35203
Email: radams@wigginschilds.com